```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
LUIS APONTE AND LIZSANDRA APONTE

                        Plaintiff,
                                                    ORDER

                                                 11-CV-6076

             v.

GOLDMAN, ROTH ACQUISITIONS, LLC

                        Defendant.
_____
```

In a letter to this Court dated May 15, 2012, Plaintiff requests additional time to conduct discovery. Good cause having been shown, it is hereby,

ORDERED, that Plaintiff's request for a 45 day extension of time to complete discovery is granted. All fact discovery, including depositions and any discovery related to experts, shall be completed no later than **June 29, 2012**; and it is

FURTHER ORDERED, that dispositive motions, if any, shall be filed no later than **August 10, 2012**.

**ALL OF THE ABOVE IS SO ORDERED.**

s/ Michael A. Telesca
MICHAEL A. TELESCA
United States District Judge

Dated:   Rochester, New York
         May 15, 2012