```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
LUIS APONTE AND LIZSANDRA APONTE

                            Plaintiff,

                                                    ORDER

                                                 11-CV-6076

                  v.

GOLDMAN, ROTH ACQUISITIONS, LLC

                            Defendant.
_____
```

In a letter to this Court dated May 15, 2012, Plaintiff requests additional time to conduct discovery. Good cause having been shown, it is hereby,

ORDERED, that Plaintiff's request for a 45 day extension of time to complete discovery is granted. All fact discovery, including depositions and any discovery related to experts, shall be completed no later than **June 29, 2012**; and it is

FURTHER ORDERED, that dispositive motions, if any, shall be filed no later than **August 10, 2012**.

**ALL OF THE ABOVE IS SO ORDERED.**

                                         s/ Michael A. Telesca
                                             MICHAEL A. TELESCA
                                   United States District Judge

Dated:    Rochester, New York
            May 15, 2012